# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>        vs.<br><br>John B. Ninete,<br><br>        Defendant. | Case No. 1:03-cr-00050<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***United States Court of Appeals - Judgment, filed on August 8, 2005*** on the dates indicated below:

| *U.S. Attorney's Office* | *Howard Trapp* | *U.S. Probation Office* |
|---|---|---|
| *August 9, 2005* | *August 9, 2005* | *August 9, 2005* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***United States Court of Appeals - Judgment, filed on August 8, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 9, 2005                          /s/ Leilani R. Toves Hernandez
                                                                                     Deputy Clerk