

**FILED**
DISTRICT COURT OF GUAM

AUG 12 2005

MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## FOR THE
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00050-002 |
| ) | |
| Plaintiff, ) | |
| vs. ) | **REQUEST FOR RELEASE OF PASSPORT** |
| ) | |
| JOHN BORJA NINETE ) | |
| ) | |
| Defendant. ) | |

COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this 11TH day of August 2005.

FOR: *Judy Anne J. Ocampo*
_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

**ORIGINAL**