FILED
DISTRICT COURT OF GUAM

AUG 12 2005 

MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**
**FOR THE**
**TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00050-002 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHN BORJA NINETE | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS SO ORDERED this _12th_ day of August 2005, that the Clerk of Court is hereby ordered to release the passport belonging to the defendant, John Borja Ninete.

_8/12/2005_
Date

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

RECEIVED

AUG 12 2005 

DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL