

FILED
DISTRICT COURT OF GUAM
JAN 1 9 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 03-00050-002 |
| Plaintiff, | |
| v. | |
| JOHN B. NINETE, | |
| Defendants. | |

The Court has reviewed the Memorandum issued in this matter, by the United States Court of Appeals for the Ninth Circuit. Having reviewed the file the Court affirms that the sentence imposed would have been identical had the Court known that the sentencing guidelines were advisory.

IT IS SO ORDERED.

Dated: January 18, 2006

DEAN D. PREGERSON
United States District Judge