(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant John B. Ninete

**FILED**
DISTRICT COURT OF GUAM
MAY -8 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Criminal Case No. 03-00050 |
| Plaintiff, | ( ) | ORDER |
| vs. | ( ) | |
| ROBERT C. YUTIG, et al., | ( ) | |
| Defendants. | ( | |

------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that defendant John B. Ninete be permitted to surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

Dated at Hagåtña, Guam, this ___ day of May, 2006.

JOHN C. COUGHENOUR
Designated Judge
United States District Court

(Order.JNinete)